## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Metcalf<br>Brenda D. Metcalf | BK NO. 21-01149 HWV |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
26 May 2021, 15:02:30, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322