Certificate Number: 16339-PAM-DE-035782566

Bankruptcy Case Number: 21-01149



16339-PAM-DE-035782566

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2021, at 6:02 o'clock PM EDT, Brenda Metcalf completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor