United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01149-HWV
David A Metcalf  Chapter 13
Brenda D Metcalf
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jun 24, 2021     Form ID: ntcnfhrg     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A Metcalf, Brenda D Metcalf, 324 Fox Knoll Ct., Hanover, PA 17331-5234 |
| 5411027 | | Advanced Radiology, 26999 Network Place, Chicago, IL 60673-1269 |
| 5411029 | + | Bloom & Asscoates, P.A., PO Box 42826, Baltimore, MD 21284-2826 |
| 5411030 | + | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5411033 | + | Carroll Hospital, 200 Memorial Ave, Westminster, MD 21157-5797 |
| 5412973 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5411040 | + | Fedloan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5411041 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 5411044 | | Laboratory Corp. of America, PO Box 2240, Burlington, NC 27216-2240 |
| 5411046 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5411047 | + | Maryland Primary Care Physicians, P.O. Box 1590, Millersville, MD 21108-4590 |
| 5411048 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5411049 | + | Mercy Health Services, PO Box 829873, Philadelphia, PA 19182-9873 |
| 5411051 | + | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5411055 | | Quest Diagnostics, P.O. Box 7306, Hollister, MO 65673-7306 |
| 5411056 | | St Joseph Hospital, 11311 McCormick Road Suite 230, Hunt Valley, MD 21031-8672 |
| 5411059 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5414194 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5411034 | | charlies emerg physcians, Pa, PO Box 42934, Philadelphia, PA 19101-2934 |
| 5411058 | | united consumers, inc, PO Box 4466, Woodbridge, VA 22194-4466 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2021 19:04:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5414437 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 18:56:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5411028 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 18:56:00 | Ally Financial, Attn Bankruptcy Dept, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5412888 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 19:04:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5411031 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 19:04:42 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 5413710 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 19:04:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5411035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 19:04:38 | Citibank/Goodyear, Attn: Recovery/Centralized |

Case 1:21-bk-01149-HWV    Doc 22    Filed 06/26/21    Entered 06/27/21 00:25:48    Desc
Imaged Certificate of Notice    Page 1 of 4

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankrupt, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5411036 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 18:56:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, PO Box 18125, Columbus, OH 43218 |
| 5411037 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 18:56:46 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5411038 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 24 2021 18:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5411039 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 24 2021 18:57:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5411042 | + | Email/Text: lyonsbe2@upmc.edu | Jun 24 2021 18:56:00 | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 5411043 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 24 2021 18:57:00 | Harley Davidson Financial, ATTN: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5415606 | | Email/Text: camanagement@mtb.com | Jun 24 2021 18:56:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5411045 | | Email/Text: camanagement@mtb.com | Jun 24 2021 18:56:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5411050 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 18:56:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5411052 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 18:56:00 | PNC Bank, PO Box 94982: Mailstop, Br-Yb58-01-5, Cleveland, OH 44101 |
| 5411054 | + | Email/Text: bankruptcy@pmscollects.com | Jun 24 2021 18:57:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina, CA 91790-2738 |
| 5411561 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 18:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5411206 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 19:04:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411057 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 19:04:26 | Syncrony Bank/Lowes, Attn: Bankruptcy, PO BOx 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5411032 | * | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 5411053 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 94982: Mailstop, Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 David A Metcalf ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Brenda D Metcalf ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David A Metcalf,<br>**Debtor 1**<br><br>Brenda D Metcalf,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:21−bk−01149−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 21, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 28, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 24, 2021 |

ntcnfhrg (05/21)