# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID A METCALF   BRENDA D METCALF
        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

DAVID A METCALF   BRENDA D METCALF
        Respondent(s)

CHAPTER 13

CASE NO: 1-21-01149-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 13, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on May 20, 2021.

2. A hearing was held and an Order was entered on July 28, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/   James K. Jones, Esq.
Id:   39031
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID A METCALF
            BRENDA D METCALF

                   CHAPTER 13

            Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE        CASE NO: 1-21-01149-HWV

            Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg        Date: October 27, 2021
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street        Time: 09:35 AM
Harrisburg, PA 17101

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                             Jack N. Zaharopoulos, Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA 17036
                             Phone: (717) 566-6097
                             Email: info@pamd13trustee.com

Dated: September 13, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID A METCALF
BRENDA D METCALF

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

DAVID A METCALF
BRENDA D METCALF

Respondent(s)

CHAPTER 13

CASE NO: 1-21-01149-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

NICHOLAS G PLATT, ESQUIRE　　　　　　　　Served electronically
MOONEY LAW
230 YORK STREET
HANOVER, PA   17331-

United States Trustee　　　　　　　　　　　　　　Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

DAVID A METCALF　　　　　　　　　　　　　　Served by 1st Class Mail
324 FOX KNOLL CT.
HANOVER, PA   17331-

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 13, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: info@pamd13trustee.com

IN RE: DAVID A METCALF
BRENDA D METCALF

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| DAVID A METCALF | |
| BRENDA D METCALF | CASE NO: 1-21-01149-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.