United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David A Metcalf  
Brenda D Metcalf  
    Debtors

Case No. 21-01149-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 27, 2021      Form ID: ordsmiss      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A Metcalf, 324 Fox Knoll Ct., Hanover, PA 17331-5234 |
| jdb | #+ | Brenda D Metcalf, 324 Fox Knoll Ct., Hanover, PA 17331-5234 |
| 5411027 | | Advanced Radiology, 26999 Network Place, Chicago, IL 60673-1269 |
| 5411029 | + | Bloom & Asscoates, P.A., PO Box 42826, Baltimore, MD 21284-2826 |
| 5411030 | + | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5411033 | + | Carroll Hospital, 200 Memorial Ave, Westminster, MD 21157-5797 |
| 5411040 | + | Fedloan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5421465 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5411044 | | Laboratory Corp. of America, PO Box 2240, Burlington, NC 27216-2240 |
| 5411046 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5411047 | + | Maryland Primary Care Physicians, P.O. Box 1590, Millersville, MD 21108-4590 |
| 5411049 | + | Mercy Health Services, PO Box 829873, Philadelphia, PA 19182-9873 |
| 5411051 | + | PinnacleHealth, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5411055 | | Quest Diagnostics, P.O. Box 7306, Hollister, MO 65673-7306 |
| 5411056 | | St Joseph Hospital, 11311 McCormick Road Suite 230, Hunt Valley, MD 21031-8672 |
| 5411034 | | charlies emerg physcians, Pa, PO Box 42934, Philadelphia, PA 19101-2934 |
| 5411058 | | united consumers, inc, PO Box 4466, Woodbridge, VA 22194-4466 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 27 2021 22:38:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 27 2021 22:38:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 27 2021 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5414437 | | EDI: GMACFS.COM | Oct 27 2021 22:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5422966 | + | EDI: AISACG.COM | Oct 27 2021 22:38:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5411028 | + | EDI: GMACFS.COM | Oct 27 2021 22:38:00 | Ally Financial, Attn Bankruptcy Dept, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5412888 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2021 18:37:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5411031 | | EDI: CAPITALONE.COM | Oct 27 2021 22:38:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 5413710 | | EDI: CAPITALONE.COM | Oct 27 2021 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5411035 | + | EDI: CITICORP.COM | Oct 27 2021 22:38:00 | Citibank/Goodyear, Attn: Recovery/Centralized Bankrupt, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5411036 | | EDI: WFNNB.COM | Oct 27 2021 22:38:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, PO Box 18125, Columbus, OH 43218 |
| 5411037 | + | EDI: WFNNB.COM | Oct 27 2021 22:38:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5411038 | + | EDI: CCS.COM | Oct 27 2021 22:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5411039 | + | EDI: CCS.COM | Oct 27 2021 22:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5412973 | | EDI: FORD.COM | Oct 27 2021 22:38:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5411041 | + | EDI: FORD.COM | Oct 27 2021 22:38:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 5411042 | + | Email/Text: lyonsbe2@upmc.edu | Oct 27 2021 18:36:00 | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 5411043 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 27 2021 18:36:00 | Harley Davidson Financial, ATTN: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5415606 | | Email/Text: camanagement@mtb.com | Oct 27 2021 18:36:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5411045 | | Email/Text: camanagement@mtb.com | Oct 27 2021 18:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5411048 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 27 2021 18:36:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5411050 | | EDI: PENNDEPTREV | Oct 27 2021 22:38:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5411050 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2021 18:36:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5411052 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2021 18:36:00 | PNC Bank, PO Box 94982: Mailstop, Br-Yb58-01-5, Cleveland, OH 44101 |
| 5426734 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2021 18:36:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 5422847 | | EDI: PRA.COM | Oct 27 2021 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5411054 | + | EDI: PMSCOLLECTS.COM | Oct 27 2021 22:38:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina, CA 91790-2738 |
| 5411561 | | EDI: Q3G.COM | Oct 27 2021 22:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5411206 | + | EDI: RMSC.COM | Oct 27 2021 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411057 | + | EDI: RMSC.COM | Oct 27 2021 22:38:00 | Syncrony Bank/Lowes, Attn: Bankruptcy, PO BOx 965060, Orlando, FL 32896-5060 |
| 5425475 | | EDI: AIS.COM | Oct 27 2021 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

| 5411059 | + EDI: WFFC.COM | | Oct 27 2021 22:38:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| --- | --- | --- | --- | --- |
| 5414194 | EDI: WFFC.COM | | Oct 27 2021 22:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5411032 | * | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 5411053 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 94982: Mailstop, Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 29, 2021 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Ally Bank JSchwartz@mesterschwartz.com |
| Nicholas G. Platt | on behalf of Debtor 1 David A Metcalf ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Brenda D Metcalf ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David A Metcalf,

**Debtor 1**

Brenda D Metcalf,

**Debtor 2**

Chapter 13

Case No. 1:21−bk−01149−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 27, 2021

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)